# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALINSKI ADVISORY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID RAE, <br> Defendant. | Case No.: CV 18-1871-DMG (RAOx) <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [37]** |

Based on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, the Court hereby orders that the above-captioned matter, including all claims and counterclaims, is hereby dismissed, with prejudice, with each side bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE